IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:03-cr-5218 REC |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE STATUS HEARING |
| v. ) | |
| MANUEL CHAVEZ-LOPEZ, ) | |
| Defendant. ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney of record, respectively, having agreed and stipulated to continue the hearing in the above-entitled case from may 2, 2005 at 9:00 a.m, until May 9, 2005 at that same time, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing for the above-named defendants is hereby continued to May 9, 2005 at 9:00 a.m. It is further ordered that time be excluded due to the parties' need for additional investigation counsel pursuant to 18 U.S.C. § 3161.

Dated:  April 29, 2005                    /s/ ROBERT E. COYLE
                                          Robert E. Coyle
                                          United States District Judge